GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Marta Manus (SBN 260132)
mmanus@grahamhollis.com
3555 Fifth Avenue
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiffs Justin Aston and Steven E. De Borba

GRUBE BROWN & GEIDT LLP
E. Jeffrey Grube (SBN 167324)
jeffgrube@gbgllp.com
Elizabeth A. Brown (SBN 235429)
lisabrown@gbgllp.com
Katherine Huibonhoa (SBN 207648)
katherinehuibonhoa@gbgllp.com
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: 415.603.5000
Facsimile: 415.840.7210

Attorneys for Defendants United Parcel Service, Inc. and UPS Ground Freight, Inc.

[*Additional Counsel identified on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUSTIN R. ASTON, and STEVE E. DE BORBA, individually and on behalf of all similarly-situated current and former employees of UNITED PARCEL SERVICE, INC. and UPS GROUND FREIGHT, INC.<br><br>           Plaintiffs,<br><br>     v.<br><br>UNITED PARCEL SERVICE, INC. and UPS GROUND FREIGHT, INC.<br><br>           Defendants. | Case No.:   4:15-cv-02497-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND RELATED DEADLINES FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br><br>Courtroom:   5 (2nd Floor)<br>Judge:         Hon. Jeffrey S. White |

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92103

**TO THE COURT:**

By and through their counsel of record, Plaintiffs Justin Aston and Steven E. De Borba ("Plaintiffs") and United Parcel Service, Inc. and UPS Ground Freight, Inc. ("Defendants") (collectively "the Parties") hereby submit the following stipulation:

WHEREAS, the hearing on Plaintiffs' Motion for Class Certification is currently scheduled for August 19, 2016 at 9:00 a.m.;

WHEREAS, on March 11, 2016, the Parties attended a full-day mediation with mediator David Rotman in San Francisco, California.

WHEREAS, upon the conclusion of the mediation, the Parties agreed to conduct a second mediation with Mr. Rotman, which is presently scheduled for May 31, 2016;

WHEREAS, the Parties agree that in the event that they are unable to settle this case at the mediation, additional time will be needed to complete discovery, including the taking of multiple depositions, related to Plaintiffs' class action claims prior to filing the motion for class certification and opposition thereto;

THEREFORE, the Parties respectfully request that the Court continue the hearing and the filing deadlines for Plaintiffs' Motion for Class Certification be at least 30 days from August 19, 2016 to September 23, 2016, or as soon thereafter as convenient for the Court, to allow the Parties time to complete pre-class certification discovery fully and thoroughly in the event that the Parties are unable to reach a settlement at the mediation on May 31, 2016.

Dated:  March 25, 2016                GRAHAMHOLLIS APC

                                By:    */s/ Marta Manus*
                                       Marta Manus, Esq.
                                       Graham S.P. Hollis, Esq.
                                       Attorneys for Plaintiffs

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND RELATED DEADLINES FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| | | |
|---|---|---|
| Dated:  March 25, 2016 | | GRUBE BROWN & GEIDT LLP |
| | By: | */s/ Elizabeth A. Brown* |
| | | E. Jeffrey Grube |
| | | Elizabeth A. Brown |
| | | Katherine Huibonhoa |
| | | Attorneys for Defendants |

*Additional Counsel*

THE MARKHAM LAW FIRM
David Markham (SBN 71814)
dmarkham@markham-law.com
Peggy J. Reali (SBN 153102)
Janine R. Menhennet (SBN 163501)
jmenhennet@markham-law.com
Maggie Realin (SBN 263639)
mrealin@markham-law.com
750 B Street, Suite 1950
San Diego, CA 92101
Telephone: 619.399.3995
Facsimile: 619.615.2067

Attorneys for Plaintiffs

UNITED EMPLOYEES LAW GROUP
Walter L. Haines (SBN 71075)
walter@uelglaw.com
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA  92649
Telephone:  562.256.1047
Facsimile:  562.256.1006

Attorneys for Plaintiffs

Counsel for Defendants provided authorization on March 25, 2016 to file this stipulation using her electronic signature.

**ORDER**

The Court, having reviewed the foregoing Stipulation and good cause appearing therefore, orders as follows:

The hearing on Plaintiffs' Motion for Class Certification currently scheduled for August 19, 2016 is continued to <u>September 23, 2016</u>.  The filing deadlines will be pursuant to code.

**IT IS SO ORDERED.**

Dated:  March 28, 2016

_____
Hon. Jeffrey S. White
Judge of the United States District Court

GrahamHollis APC
3555 Fifth Avenue
San Diego, California 92103

4                                   Case No: 4:15-cv-02497-JSW
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND RELATED DEADLINES FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**