Graham S.P. Hollis (SBN 120577)
*ghollis@grahamhollis.com*
Marta Manus (SBN 260132)
*mmanus@grahamhollis.com*
Geoff D. La Val (SBN 279987)
*glaval@grahamhollis.com*
**GRAHAMHOLLIS APC**
3555 Fifth Avenue
San Diego, California  92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiffs

E. Jeffrey Grube (SBN 167324)
*jeffgrube@gbgllp.com*
Elizabeth A. Brown (SBN 235429)
*lisabrown@gbgllp.com*
Katherine Huibonhoa (SBN 207648)
*katherinehuibonhoa@gbgllp.com*
**GRUBE BROWN & GEIDT LLP**
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Tel.: 415.603.5000
Fax.: 415.840.7210

Attorneys for Defendants

[*Additional counsel listed on next page*]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JUSTIN ASTON, STEVEN DE BORBA, and FREDRICK RODRIGUEZ, individually and on behalf of all similarly-situated current and former employees of UNITED PARCEL SERVICE, INC. and UPS GROUND FREIGHT, INC. <br><br> Plaintiffs, <br> v. <br><br> UNITED PARCEL SERVICE, INC. and UPS GROUND FREIGHT, INC., <br><br> Defendants. | CASE NO. 4:15-cv-02497-JSW <br> CLASS ACTION <br><br> Judge:  Hon. Jeffrey S. White <br> Courtroom:  5 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE:  DEADLINE REGARDING CLASS CERTIFICATION DISCOVERY, FUTHER CASE MANAGEMENT CONFERENCE, AND HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Action Removed:   June 4, 2015 <br> Trial Date:            None Set |

///

///

1

1  **TO THE COURT:**

2  By and through their respective counsel of record, Plaintiffs Steven E. De Borba and
3  Fredrick Rodriguez ("Plaintiffs") and Defendants United Parcel Service, Inc. and UPS Ground
4  Freight, Inc. ("Defendants") (collectively "the parties") hereby submit this Stipulation and
5  [Proposed] Order To Continue: Deadline Regarding Class Certification Discover, Further Case
6  Management Conference, and Hearing On Plaintiffs' Motion For Class Certification.

7  By and through their respective attorneys of record, the parties stipulate and agree as
8  follows:

9  WHEREAS, on September 11, 2015, the Court scheduled a Further Case Management
10 Conference and Hearing on Motion for Class Certification, respectively at 9:00 a.m. and 11:00
11 a.m.;

12 WHEREAS, on March 11, 2016, the parties held a first mediation with experienced
13 mediator, David Rotman, and at the close of the session, determined a second mediation was
14 necessary to attempt to settle the claims;

15 WHEREAS, on March 28, 2016, the Court continued the hearing on Plaintiffs' Motion for
16 Class Certification to September 23, 2016 at 9:00 a.m.;

17 WHEREAS, consistent with continuance of the hearing on Plaintiffs' Motion for Class
18 Certification, the parties requested additional time to conduct discovery related to class
19 certification;

20 WHEREAS, on May 23, 2016 the Court continued the parties' discovery deadline related
21 to class certification(s) to August 19, 2016;

22 WHEREAS, Defendants are still in the process of gathering and organizing the documents
23 to be provided to Plaintiffs prior to the mediation in order for Plaintiffs to prepare a thorough
24 analysis of the claims on behalf of the putative class members and prepare Plaintiffs' class-wide
25 damages analysis so that the parties may engage in a meaningfully and productive mediation;

26 ///
27 ///
28 ///

3

*Aston et al. v. United Parcel Service, Inc., et al,.* Case No. 4:15-cv-02497 (JSW)
JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CLASS CERTIFICATION DISCOVERY

1  WHEREAS, the parties have met and conferred and rescheduled the mediation in this
2  matter for the first available date for mediator David Rotman and the parties, which is now
3  currently scheduled for is September 21, 2016;

4  WHEREAS, the outcome of the second mediation will determine whether Plaintiffs will
5  file their Motion for Class Certification(s);

6  WHEREAS, the parties therefore request the discovery deadline related to class
7  certification(s) is continued approximately 30 days from the date of mediation, or as soon
8  thereafter as is convenient to the Court;

9  WHEREAS, consistent with the Court's Order of September 11, 2015, where the Further
10 Case Management Conference and Hearing on Motion for Class Certification were scheduled to
11 be held on the same day, the parties request that the Further Case Management Conference and
12 Plaintiffs' Hearing on Motion for Class Certification be continued to December 2, 2016,
13 sequentially at 9:00 a.m. and 11:00 a.m.

14 THEREFORE, the undersigned Parties jointly request through this stipulation that the
15 Court enter an order continuing the Further Case Management Conference to December 2, 2016
16 at 9:00 a.m. or as soon thereafter as is convenient to the Court to permit the parties to engage in
17 mediation.

18 THEREFORE, the parties propose that discovery deadline related to class certification
19 motion(s) be completed by October 21, 2016.

20 THEREFORE, the Parties respectfully request that the Court continue the hearing on
21 Plaintiffs' Motion for Class Certification to December 2, 2016 at 11:00 a.m., or as soon thereafter
22 as convenient for the Court, to allow the Parties time to complete pre-class certification discovery
23 and preparation of the motion fully and thoroughly, in the event that the Parties are unable to
24 reach a settlement at the mediation on September 21, 2016.

25 ///
26 ///
27 ///
28 ///

4

*Aston et al. v. United Parcel Service, Inc., et al,.* Case No. 4:15-cv-02497 (JSW)
JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION DISCOVERY

1  DATED: 7/18/16                           GRAHAM**HOLLIS** APC

By: /s/ *Marta Manus*
Attorney for Plaintiffs
E-mail:  mmanus@grahamhollis.com

DATED: 7/18/16

GRUBE BROWN & GEIDT LLP

By:   /s/ *Amanda Bolliger Crespo*
Attorney for Defendants
E-mail: amandacrespo@gbgllp.com

On July 18, 2016 counsel for Defendants, Amanda Bolliger Crespo provided authorization to affix her electronic signature to this document.

5

*Aston et al. v. United Parcel Service, Inc., et al,*. Case No. 4:15-cv-02497 (JSW)
JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CLASS CERTIFICATION DISCOVERY

1 **[~~PROPOSED~~] ORDER**

2 **IT IS SO ORDERED THAT THE STIPULATION IS APPROVED.**

The Court, having reviewed the foregoing Stipulation and good cause appearing therefore, orders as follows:

1. The Further Case Management Conference scheduled for August 19, 2016 is continued to: December 2, 2016 at 11:00 a.m.

2. The Court hereby orders that pursuant to the stipulation of the parties, discovery related to class certification motion(s) shall be completed by <u>October 21, 2016.</u>

3. The hearing on Plaintiffs' Motion for Class Certification currently scheduled for September 23, 2016 is continued to December 2, 2016 at 9:00 a.m. The filing deadlines will be pursuant to code.

**IT IS SO ORDERED.**

Dated: July 20, 2016

*[signature: Jeffrey S. White]*
Hon. Jeffrey S. White
Judge of the United States District Court

1

*Aston et al. v. United Parcel Service, Inc., et al,.* Case No. 4:15-cv-02497 (JSW)
JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CLASS CERTIFICATION DISCOVERY